# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAROL D. CARTER, ) | |
| Plaintiff, ) | Case No. 2:14-cv-01825-MMD-GWF |
| vs. ) | **REFERRAL TO PRO BONO PROGRAM** |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| Defendant(s). ) | |

This case is referred to the Pilot Pro Bono Program ("Program") adopted in General Order 2014-01 for the purpose of and identifying counsel willing to be appointed as pro bono counsel for Plaintiff Carol Carter. The scope of appointment shall be for the limited purpose of determining if the Plaintiff has exhausted her administrative remedies under the Social Security Act or, alternatively, to determine if the Plaintiff has a viable claim for judicial review. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case. Accordingly,

**IT IS HEREBY ORDERED** that this case is referred to the Pilot Pro Bono Program for appointment of counsel for the purposes identified herein.

**IT IS FURTHER ORDERED** that the Clerk shall also forward this order to the Pro Bono Liaison.

**DATED** this 24th day of July, 2015.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge