# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAROL D. CARTER, | |
| Plaintiff, | Case No. 2:14-cv-1825-MMD-GWF |
| vs. | **ORDER** |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion for Substitution of Party (#9), filed on September 8, 2015.

Plaintiff moves to substitute Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, for Defendant Social Security Administration. 20 C.F.R. § 422.210 states that the a civil action must be brought against "the person holding the Office of the Commissioner" in the Commissioner's official capacity. Plaintiff has sufficiently established good cause to substitute the party. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Substitution of Party (#9) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the Plaintiff's Third Amended Complaint (#9-1).

**DATED** this 9th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge