1 | NICOLE K. STEINHAUS, ESQ. No. 11722
2 | SHOOK & STONE, CHTD.
3 | 710 South Fourth Street
  | Las Vegas, Nevada 89101
4 | Office: (702) 385-2220
  | Fax: (702) 384-0394
5 | Email: nsteinhaus@shookandstone.com;
  | Attorney for Plaintiff, CAROL D. CARTER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| CAROL D. CARTER, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:14-cv-01825 – MMD-GWF |
| vs. | ) | **MOTION TO HAVE CLERK EFFECTUATE SERVICE ON DEFENDANT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration | ) | |
| Defendant. | ) | |

NOW COMES, Plaintiff, CAROL D. CARTER, by and through her appointed attorney, NICOLE K. STEINHAUS of SHOOK & STONE, CHTD., and moves this court to enter an order directing the Clerk to effectuate service on Defendant. In support of this motion, Plaintiff states as follows:

1. On October 31, 2014, Plaintiff, CAROL D. CARTER, filed her Motion/Application for Leave to Proceed in forma pauperis and Complaint (Doc. 1).

2. The Motion/Application for Leave to Proceed in forma pauperis was granted and she was not required to pre-pay the full filing fee of four hundred dollars ($400.00) (Doc. 2).

3. On July 24, 2015, Plaintiff, CAROL D. CARTER's, case was referred to the Pilot Pro Bono Program (Doc. 6).

4. On August 10, 2015, by Order of Appointment of Counsel, Nicole K. Steinhaus was appointed to act as pro bono counsel for Plaintiff, CAROL D. CARTER (Doc. 7).

5. On September 10, 2015, Plaintiff's Third Amended Complaint was filed (Doc. 11).

6. No other parties have been served in this matter.

7. Proof of service is due by January 8, 2016 per the Docket Text on September 10, 2015.

WHEREFORE, Plaintiff, CAROL D. CARTER, by and through her attorney, respectfully requests

(1) That this Court direct the Clerk to effectuate service on Defendant, CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration; and

(2) Any other further relief that this court deems just and equitable under the circumstances.

Respectfully submitted this 16th day of October, 2015.

By: __/s/ Nicole K. Steinhaus_____
NICOLE K. STEINHAUS, Esq. No. 11722
*Appointed as Counsel on 08/10/2015*
SHOOK & STONE, CHTD.
710 South Fourth Street
Las Vegas, Nevada  89101
(702) 385-2220
Attorney for CAROL D. CARTER

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:14-cv-01825-MMD-VPC**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 16, 2015.

I certify that no other parties have appeared in this case; nor been served as of the filing of the instant motion.

                                             /s/ Nicole K. Steinhaus
                                              Nicole K. Steinhaus, Esq.
                                              Attorney for Plaintiff

NICOLE K. STEINHAUS, ESQ. No. 11722
SHOOK & STONE, CHTD.
710 South Fourth Street
Las Vegas, Nevada 89101
Office: (702) 385-2220
Fax: (702) 384-0394
Email: nsteinhaus@shookandstone.com;
Attorney for Plaintiff, CAROL D. CARTER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CAROL D. CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-cv-01825 – MMD-GWF |
| | ) | |
| vs. | ) | [PROPOSED] ORDER |
| | ) | |
| CAROLYN W. COLVIN | ) | |
| Acting Commissioner of Social Security | ) | |
| Administration | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS COURT HEREBY ORDERS that Plaintiff's Motion to Have Clerk Effectuate Service on Defendant is HEREBY GRANTED.

The Clerk shall issue the Summons as to Carolyn W. Colvin by sending a copy of the summons and Complaint by certified mail to: (1) Office of Regional Chief Counsel, Region IX, Social Security Administration, 160 Spear Street, Suite 899, San Francisco, California 94105-1545; and (2) the Attorney General of the United States, Department of Justice, 950 Pennsylvania Avenue, N.W., Room 4400, Washington, D.C. 20530.

The Clerk shall also issue a summons to the United States Attorney for the District of Nevada and deliver the summons and Complaint to the U.S. Marshal for service.

IT IS SO ORDERED.

-1-

-2-

1
2  Date: October 21, 2015        _____
3                                HON. GEORGE FOLEY, JR.
                                 UNITED STATES MAGISTRATE JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26