1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  CAROLYN B. CHEN, C.S.B.N. 256628
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, CA 94105
5  Telephone: (415) 977-8956
   Facsimile: (415) 744-0134
6  Carolyn.Chen@ssa.gov

7  Attorneys for Defendant

8

9

10              **UNITED STATES DISTRICT COURT**

11                 **DISTRICT OF NEVADA**

12
   CAROL CARTER,                          )
13                                         )   Case No. 2:14-cv-01825-MMD-GWF
              Plaintiff,                   )
14                                         )
              v.                           )   **UNOPPOSED MOTION FOR**
15                                         )   **EXTENSION OF TIME FOR**
   CAROLYN W. COLVIN,                      )   **DEFENDANT TO FILE CROSS-MOTION**
16 Acting Commissioner of Social Security, )   **TO AFFIRM/RESPONSETO**
                                           )   **PLAINTIFF'S MOTION FOR**
17            Defendant.                   )   **REMAND/REVERSAL**
   _____)
18

19

20          Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant")

21 respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to

22 Affirm/Response to Plaintiff's Motion for Remand/Reversal (hereinafter "Defendant's response"), due

23 on February 22, 2016, by 60 days, through and including April 22, 2016.  This is the first extension

24 sought in this case, and the first extension sought by Defendant.

25          There is good cause for this request.  An extension of time is needed because Defendant's

26 counsel will need more time to review and prepare Defendant's response, due to her heavy workload in

                                          -1-

the last month and continuing heavy workload in the next two months that cannot be covered by another attorney, including a full district court caseload, a Ninth Circuit appellate brief that has also been extended, mentoring a colleague on their first court oral argument in February, and preparing briefs and conducting discovery, including multiple depositions, for two Equal Employment Opportunity Commission (EEOC) cases in January and February, and again occurring in March and April for the second and a third EEOC case.  This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

Respectfully submitted this 17th day of February.

DANIEL G. BOGDEN
United States Attorney

/s/ Carolyn B. Chen
CAROLYN B. CHEN
Special Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED:   February 18, 2016

-2-

**CERTIFICATE OF SERVICE**

I, **Carolyn B. Chen,** certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE CROSS-MOTION TO AFFIRM/RESPONSE TO PLAINTIFF'S MOTION FOR REMAND/REVERSAL** on the date and via the method of service identified below:

**CM/ECF:**

**Nicole K. Steinhaus, Esq.**
**Shook & Stone, Chtd.**
**710 South Fourth Street**
**Las Vegas, Nevada 89101**
**nsteinhaus@shookandstone.com**

Dated this 17the day of February  2016.

/s/ Carolyn B. Chen
**CAROLYN B. CHEN**
Special Assistant United States Attorney